No. 99–968. HERNANDEZ v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–970. AIKEN v. CITY OF MEMPHIS. C. A. 6th Cir. Certiorari denied.

No. 99–972. THOMPSON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–974. MCKINLEY v. NORTHERN TELECOM. C. A. 5th Cir. Certiorari denied.

No. 99–980. MILETTE v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 99–982. STEINHILBER v. MCFARLAND ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–983. PULLIAM v. OHIO CASUALTY INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 99–984. FINCH v. BOB'S DISTRIBUTING CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–987. SMITH v. COUNTY OF CULPEPER ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–988. SOUDAVAR ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–990. SPENCER v. BOARD OF POLICE COMMISSIONERS OF KANSAS CITY, MISSOURI, POLICE DEPARTMENT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–992. GOMEZ v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–996. ROBINSON v. METTS, SHERIFF, LEXINGTON COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–999. CLAIR ET AL. v. HARRIS TRUST AND SAVINGS BANK ET AL. C. A. 7th Cir. Certiorari denied.